UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Wasserbeck
*on behalf of* L.W.,                                      Case No. 3:22-cv-1497

           Plaintiff,

      v.                                                 MEMORANDUM OPINION
                                                        AND ORDER

Commissioner of Social Security,

           Defendant.

On July 20, 2023, Magistrate Judge Amanda M. Knapp issued her Report and Recommendation ("R & R") recommending the Commissioner's final decision be vacated and the case be remanded. (Doc. No. 15). The Commissioner does not object to Judge Knapp's R & R. (Doc. No. 16). Further, the fourteen-day window for objections has now elapsed, and Plaintiff filed no objections to any aspect of Judge Knapp's R & R. 28 U.S.C. § 636(b)(1). Accordingly, I adopt Judge Knapp's R & R in its entirety as the Order of the Court. The Commissioner's decision is vacated, and this case is remanded, pursuant to 42 U.S.C. § 405(g) sentence four, for further proceedings consistent with Judge Knapp's R & R.

      So Ordered.

                                                               s/ Jeffrey J. Helmick
                                                               United States District Judge